Form B4 (Official Form 4) - (12/07)

**ClearPoint Business Resources Inc.**

**Debtor**                                                                                                    **Case No. (If known)**

# Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1 | M&T BANK<br>601 DRESHER ROAD<br>HORSHAM, PA 19044 | M&T BANK<br>601 DRESHER ROAD<br>HORSHAM, PA 19044<br>TEL: 215-956-7138<br>FAX: 215-956-7139 | NOTES PAYABLE<br>1ST PRIORITY | | | | $4,710,061.33 |
| 2 | ALS,LLC<br>4074 SCARLET IRIS PLACE<br>WINTER PARK, FL 32792 | ALS,LLC<br>4074 SCARLET IRIS PLACE<br>WINTER PARK, FL 32792<br>TEL: 407-677-0400<br>FAX: 407-677-7757 | NOTES PAYABLE | | | | $1,685,851.44 |
| 3 | OPTOS CAPITAL PARTNERS, LLC<br>1866 LEITHSVILLE RD<br>SUITE 225<br>HELLERTOWN, PA 18055 | OPTOS CAPITAL PARTNERS, LLC<br>1866 LEITHSVILLE RD<br>SUITE 225<br>HELLERTOWN, PA 18055<br>TEL: 215-820-9299<br>FAX: 610-672-9999 | CONTRACT OBLIGATIONS | | | | $795,094.94 |
| 4 | BANK DIRECT<br>CAPITAL FINANCE<br>TWO CONWAY PARK<br>LAKE FOREST, IL 60045 | BANK DIRECT<br>CAPITAL FINANCE<br>TWO CONWAY PARK<br>LAKE FOREST, IL 60045<br>TEL: 877-226-5456<br>FAX: 877-226-5297 | NOTES PAYABLE | | | | $496,262.00 |
| 5 | FERGO BROTHERS<br>P.O. BOX 42<br>PHILLIPSBURG, NJ 08865 | FERGO BROTHERS<br>P.O. BOX 42<br>PHILLIPSBURG, NJ 08865<br>TEL: 215-820-9299<br>FAX: 610-672-9999 | NOTES PAYABLE | | | | $339,000.00 |

**ClearPoint Business Resources Inc.**

**Debtor**                                                                                                                              **Case No. (If known)**

# Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 6 | ALLIANCE CONSULTING<br>SIX TOWER BRIDGE<br>181 WASHINGTON STREET STE 350<br>CONSHOHOCKEN, PA 19428 | ALLIANCE CONSULTING<br>SIX TOWER BRIDGE<br>181 WASHINGTON STREET STE 350<br>CONSHOHOCKEN, PA 19428<br>TEL: 610-234-4301<br>FAX: 610 234 4302 | LITIGATION SETTLEMENT | | | | $300,000.00 |
| 7 | CHRISTOPHER FERGUSON<br>2060 QUAIL COURT<br>BETHLEHEM, PA 18015 | CHRISTOPHER FERGUSON<br>2060 QUAIL COURT<br>BETHLEHEM, PA 18015<br>TEL: 215-820-9299<br>FAX: 610-672-9999 | CONTRACT OBLIGATIONS | | | | $256,709.00 |
| 8 | AICCO INC.<br>NORRIS MCLAUGHLIN & MARCUS, P.A.<br>P.O. BOX 5933<br>BRIDGEWATER, NJ 08807-5933 | AICCO INC.<br>NORRIS MCLAUGHLIN & MARCUS, P.A.<br>P.O. BOX 5933<br>BRIDGEWATER, NJ 08807-5933<br>TEL: 908-722-0700<br>FAX: 908- 722-0755 | LITIGATION SETTLEMENT | | | | $250,000.00 |
| 9 | NIGEL LUI - SCOTT NIEH<br>133-47 SANFORD AVE<br>#5E<br>FLUSHING, NY 11355 | NIGEL LUI - SCOTT NIEH<br>133-47 SANFORD AVE<br>#5E<br>FLUSHING, NY 11355<br>TEL: 917-885-5713 | NOTES PAYABLE | | | | $192,896.50 |
| 10 | GRAY ROBINSON<br>P.O. BOX 3068<br>ORLANDO, FL 32802-3068 | GRAY ROBINSON<br>P.O. BOX 3068<br>ORLANDO, FL 32802-3068<br>TEL: 407-843-8880<br>FAX: 407-244-5690 | TRADE PAYABLE | | | | $126,158.24 |
| 11 | ALYSON P. DREW<br>59 WOODLANDS ROAD<br>HARRISON, NY 10528 | ALYSON P. DREW<br>59 WOODLANDS ROAD<br>HARRISON, NY 10528<br>TEL: 914-582-1966 | NOTES PAYABLE | | | | $113,000.00 |

Form B4 (Official Form 4) - (12/07)

**ClearPoint Business Resources Inc.**

**Debtor**          **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 12 B & N ASSOCIATES<br>1207 BELVEDERE ROAD<br>PHILLIPSBURG, NJ 08865 | B & N ASSOCIATES<br>1207 BELVEDERE ROAD<br>PHILLIPSBURG, NJ 08865<br>TEL: 212-341-9790 | NOTES PAYABLE | | | | $113,000.00 |
| 13 MICHAEL L JANDA<br>853 WEST RANDOLPH STREET<br>CHICAGO, IL 60607 | MICHAEL L JANDA<br>853 WEST RANDOLPH STREET<br>CHICAGO, IL 60607<br>TEL: 312-226-4447 | TRADE PAYABLE | | | | $73,150.55 |
| 14 THE 1997 SALTZMAN TRUST<br>CO MICHAEL JANDA<br>853 WEST RANDOLPH STREET<br>CHICAGO, IL 60607 | THE 1997 SALTZMAN TRUST<br>CO MICHAEL JANDA<br>853 WEST RANDOLPH STREET<br>CHICAGO, IL 60607<br>TEL: 312-226-4447 | | | | | $73,150.55 |
| 15 COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF BUSINESS TRUST FUND<br>TAXES<br>PO BOX 280904<br>HARRISBURG, PA 17128-0904 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF BUSINESS TRUST FUND<br>TAXES<br>PO BOX 280904<br>HARRISBURG, PA 17128-0904<br>TEL: 717-783-5271 | TAXES | | | | $58,179.81 |
| 16 MATTHEW KINGFIELD<br>123 S MAIN STREET<br>PHILLIPSBURG, NJ 08865 | MATTHEW KINGFIELD<br>123 S MAIN STREET<br>PHILLIPSBURG, NJ 08865<br>TEL: 908-674-0010 | NOTES PAYABLE | | | | $56,500.00 |
| 17 RR DONNELLEY RECEIVABLES, INC.<br>A.G. ADJUSTMENTS LTD<br>P.O. BOX 9090<br>MELVILLE, NY 11747-9090 | RR DONNELLEY RECEIVABLES, INC.<br>A.G. ADJUSTMENTS LTD<br>P.O. BOX 9090<br>MELVILLE, NY 11747-9090<br>TEL: 215-564-3220<br>FAX: 631-425-8808 | TRADE PAYABLE | | | | $49,424.79 |

**ClearPoint Business Resources Inc.**

**Debtor**         **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 18 RICHLAND COUNTY JUDICIAL CENTER<br>1701 MAIN STREET<br>PO BOX 2766<br>COLUMBUS, SC 29202 | RICHLAND COUNTY JUDICIAL CENTER<br>1701 MAIN STREET<br>PO BOX 2766<br>COLUMBUS, SC 29202<br>TEL: 803-576-1950<br>FAX: 803-576-1785 | TAXES | | | | $40,447.00 |
| 19 CROWE HORWATH LLP<br>PO BOX 145415<br>CINCINNATTI, OH 45250 | CROWE HORWATH LLP<br>PO BOX 145415<br>CINCINNATTI, OH 45250<br>TEL: 520-290-0206<br>FAX: 480-287-8911 | TRADE PAYABLE | | | | $40,135.00 |
| 20 MORGAN, LEWIS & BOCKIUS LLP<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103-2921 | MORGAN, LEWIS & BOCKIUS LLP<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103-2921<br>TEL: 215.963.5000<br>FAX: 215.963.5001 | TRADE PAYABLE | | | | $40,045.60 |