ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLEARPOINT BUSINESS RESOURCES, INC.<br><br>Debtor.<br><br>Employer Tax I.D. No. 98-0434371 | Chapter 11<br><br>Case No. 10-12037 (KG)<br><br>Re: D.I. 2 |
| In re:<br><br>CLEARPOINT RESOURCES, INC.<br><br>Debtor.<br><br>Employer Tax I.D. No. 20-2349869 | Chapter 11<br><br>Case No. 10-12038 (KG)<br><br>Re: D.I. 2 |

**ORDER PURSUANT TO 11 U.S.C. § 105, FED. R. BANKR. P. 1015 AND LOCAL RULE 1015-1 (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 1015 and Local Rule 1015-1, (i) directing the joint administration of the Debtors' related chapter 11 cases (the "Chapter 11 Cases") and (ii) granting related relief; and upon the Declaration of Christine Doelp; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

in the best interest of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 10-12037 (KG).

3. The consolidated caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re | Chapter 11 |
|---|---|
| CLEARPOINT BUSINESS RESOURCES, INC., et al.,[2] | Case No. 10-12037 (KG) |
| Debtors. | (Joint Administration Requested) |

4. An entry shall be made on the docket of each of the Chapter 11 Cases, other than the docket maintained for the Chapter 11 Case of ClearPoint Business Resources, Inc., that is substantially similar to the following:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of ClearPoint Business Resources, Inc, Case No. 10-12037 (KG) and ClearPoint Resources, Inc, Case No. 10-12038 KG). The docket in **Case No. 10-12037 (KG)** should be consulted for all matters affecting this case..

---

[2] The Debtors, along with the last four digits of their federal tax identification numbers, are: ClearPoint Business Resources, Inc. (4371), Case No. 10-12037 (KG) and ClearPoint Resources, Inc. (9869), Case No. 10-12038 (KG). The Debtors' mailing address for purposes of these cases is P.O. Box 3400. Easton, PA. 18045.

5. One consolidated docket, one file and one consolidated service list shall be maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

7. To the extent the Motion seeks an order authorizing the filing of a joint disclosure statement and plan of reorganization, such motion is denied without prejudice.

8. The Debtors are authorized to take all actions necessary to implement this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: June 28, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE