**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF: Chapter 11

CLEARPOINT BUSINESS RESOURCES, INC., et al.

Debtors. Case No. 10-12037 (KG)

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( ) Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X ) Insufficient response to the United States Trustee communication/contact for service on the committee.

( ) No unsecured creditor interest

( ) Non-operating debtor-in-possession - - No creditor interest.

( ) Application to convert to Chapter 7 or to dismiss pending.

( ) Converted or dismissed.

( ) Other:

                                **ROBERTA A. DeANGELIS**
                                **UNITED STATES TRUSTEE**

                                /s/ Juliet Sarkessian, for
                                WILLIAM HARRINGTON
                                Assistant United States Trustee

DATED: July 13, 2010

Trial Attorney Assigned to Case: Juliet Sarkessian
cc: Attorneys for Debtor: Paul Rachmuth, Esquire, Jamie Edmonson, Esquire